No. 77, Misc. GARVEY *v.* EYMAN, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se.* *Darrell F. Smith,* Attorney General of Arizona, for respondent.

No. 804, Misc. O'BRIEN *v.* UNITED STATES; and
No. 838, Misc. McGANN *v.* RICHARDSON, WARDEN, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 870, Misc. WILLIAMS *v.* CALIFORNIA. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 847. KATZENBACH, ATTORNEY GENERAL, ET AL. *v.* MORGAN ET UX.; and
No. 877. NEW YORK CITY BOARD OF ELECTIONS *v.* MORGAN ET UX. Appeals from D. C. D. C. Probable jurisdiction noted. The cases are consolidated and a total of two hours is allotted for oral argument. *Solicitor General Marshall* for appellants in No. 847. *Leo A. Larkin* for appellant in No. 877. Reported below: 247 F. Supp. 196.

No. 537, Misc. RINALDI *v.* YEAGER, WARDEN, ET AL. Appeal from D. C. N. J. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. The case is transferred to the appellate docket. *Donald A. Robinson* for appellant. *Arthur J. Sills,* Attorney General of New Jersey, and *Eugene T. Urbaniak,* Deputy Attorney General, for appellees.